```
                                              FILED
                                         IN CLERK'S OFFICE
                                     U.S. DISTRICT COURT E.D.N.Y.

UNITED STATES DISTRICT COURT          ★    JUN 08 2013    ★
EASTERN DISTRICT OF NEW YORK
------------------------------------X      LONG ISLAND OFFICE
SANTOS ROMERO, on behalf of himself  :
and all others similarly situated, and OSCAR GARCIA, :
individually,                        : Case No.:
                                     : 12-CV-06048 (ADS) (GRB)
                 Plaintiffs,         :
                                     : STIPULATION OF
     - against -                     : DISMISSAL WITH
                                     : PREJUDICE
SEAFORD FOOD GROUP, LLC d/b/a        :
BUTERA'S RESTAURANT OF SEAFORD,      :
BUTERA'S RESTAURANT INC., and        :
BUTERA'S FOOD GROUP LLC,             :
                                     :
                 Defendants.         :
------------------------------------X
```

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs, disbursements or attorneys' fees (other than those specified in the Settlement Agreement).

The Court retains jurisdiction over the Settlement Agreement resolving this action.

Dated: Melville, New York
~~May ___, 2013~~
June 6, 2013

| | |
|---|---|
| **Shulman Kessler LLP** | **Rivkin Radler LLP** |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Butera's Restaurant, Inc.* |
| By: _____ | By: _____ |
| Troy L. Kessler, Esq. | Scott R. Green, Esq. |
| 510 Broadhollow Road, Suite 110 | 926 RXR Plaza |
| Melville, New York 11747 | Uniondale, New York 11556 |
| (631) 499-9100 | (516) 357-3000 |

[Signatures continued on next page]

**Bee Ready Fishbein Hatter & Donovan, LLP**
*Attorneys for Defendants Seaford Food Group, LLC and Butera's Food Group, LLC*

By: _____
Michael P. Siravo, Esq.
170 Old Country Road
Mineola, New York 11501
(516) 746-5599

Case closed subject to settlement
**So Ordered:**

/s/ Arthur D. Spatt
U.S.D.J. Arthur D. Spatt

6/8/13